TIMOTHY A. TATARKA
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Box 3200
Billings, Montana 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
Email: Tim.Tatarka@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

FEB 2 2 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19 -24 -BLG- SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count I) Title 21 U.S.C. § 846 (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| CRAIG AARON YEATES, Defendant. | ATTEMPTED POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE (Count II) (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

|  | **PROHIBITED PERSON IN POSSESSION OF A FIREARM**<br>**(Counts III and IV)**<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>**FORFEITURE**<br>Title 18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That beginning in approximately April 2018, and continuing until on or about December 26, 2018, at Billings and within Yellowstone County in the State and District of Montana, the defendant, CRAIG AARON YEATES, knowingly and unlawfully conspired and agreed with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about December 15, 2018, and continuing until on or about December 26, 2018, at Billings and within Yellowstone County in the State and District of Montana, the defendant, CRAIG AARON YEATES, intending to commit the offense of possession of methamphetamine with the intent to distribute, made a substantial step toward the commission of said offense, in violation of

21 U.S.C. § 846.

The Grand Jury further finds the offense involved 50 grams or more of actual methamphetamine.

## COUNT III

That on or about August 8, 2018, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CRAIG AARON YEATES, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of California, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## COUNT IV

That on or about September 9, 2018, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CRAIG AARON YEATES, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of California, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of any offense listed in Counts III and IV of this Indictment, the defendant, CRAIG AARON YEATES, shall forfeit, pursuant to

18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violations of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: X_____
Bail: _____

4