FILED

JUN 25 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-24-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| CRAIG AARON YEATES, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 41). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on April 2, 2020 (Doc. 39);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 41) is **GRANTED**.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Taurus, model PT709 SLIM, 9 mm, semi-automatic pistol (S/N: TJN14494); and
- Ruger, model SR40, 40 caliber, semi-automatic pistol (S/N: 342-49846).

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 25th day of June, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge