IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG AARON YEATES,<br><br>Defendant. | Cause No. CR 19-24-BLG-SPW<br><br>ORDER |

Following the Court's Order of September 23, 2021, Defendant Yeates has renewed his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). *See* Order (Doc. 48); Renewed Mot. (Doc. 49). Yeates is represented by counsel Lisa Bazant. The United States does not object to release. *See* Mot. (Doc. 45) at 1.

The Court finds that Yeates's circumstances are extraordinary and compelling. Reducing his sentence to time served, so that he will begin serving his five-year term of supervised release, is appropriate and consistent with the factors set forth in 18 U.S.C. § 3553(a).

Accordingly, IT IS ORDERED:

1. Yeates's renewed motion for compassionate release (Doc. 49) is GRANTED.

1

2. As of the date of this Order, Yeates's sentence is REDUCED to time served.

3. This Order is STAYED for up to 14 days to allow appropriate travel arrangements to be made.

4. Yeates shall be released when he is prepared to travel.

5. If more than 14 days are needed to accomplish Yeates's release, the United States must so notify the Court and demonstrate good cause why the stay of this Order should be extended.

6. The United States Probation Office shall review Yeates' conditions of supervised release. If modifications are needed, the Probation Office shall notify counsel for the parties.

DATED this 6th day of October, 2021.

*Susan P. Watters*
Susan P. Watters
United States District Court

cc: SUSPO Hart